# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| In the Matter of the Search of: | Case No. 3:20-mj-05209 |
|---|---|
| Gabrielle Elizabeth Finn | |

## APPLICATION FOR A SEARCH WARRANT FOR BLOOD SAMPLE

I, Timothy Johnson, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that a sample of blood consisting of one of more tubes or vials should be taken from the following person:

Gabrielle Elizabeth Finn

located in the Western District of Washington and that this blood sample is evidence of the following crime or crimes.

- ☒ Driving While Under the Influence in violation of RCW 46.61.502, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
- ☐ Physical Control of a Vehicle While Under the Influence of Alcohol or Drugs in violation of RCW 46.61.504, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
- ☐ Driver under Twenty-One Consuming Alcohol or Marijuana in violation of RCW 46.61.503 and 18 U.S.C. § 13
- ☐ Vehicular Homicide in violation of RCW 46.61.520 and 18 U.S.C. § 13
- ☐ Vehicular Assault in violation of RCW 46.61.524 and 18 U.S.C. § 13
- ☐ _____

This application is based on the facts set forth in the attached affidavit which is incorporated herein as if fully set forth.

Pursuant to Fed. R. Crim. P. 4.1 & 41(d)(3), this warrant is presented:

☒ By reliable electronic means.        ☐ Telephonically (and recorded).

_____
Applicant's Signature
Timothy Johnson, Sergeant

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on this 7th day of September, 2020.

_____
THE HON. MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

STATE OF WASHINGTON   )
                      )  ss
COUNTY OF **PIERCE**  )

### AFFIDAVIT OF TIMOTHY JOHNSON

I, Timothy Johnson, a Sergeant with Joint Base Lewis-McChord Police, Pierce County, Washington, having been duly sworn, state as follows:

### AFFIANT BACKGROUND

1. I have served as a law enforcement officer for the past 18 years. My training and experience relevant to the investigation discussed below includes the following:

- ☐ Basic Training at the Federal Law Enforcement Training Center
- ☐ Basic Law Enforcement Academy at the Washington Criminal Justice Training Commission
- ☒ Standardized Field Sobriety Testing
- ☒ Advised Roadside Impaired Driving Enforcement Training

I, Lead Police Officer, Sergeant Timothy Johnson, have served in a law enforcement capacity as both a Military Police Officer and Department of the Army Civilian Police Officer with a combined total of 18 years' law enforcement experience. My training and experience regarding investigations of the listed crime(s) include the following: Basic law enforcement training with the United States Army Military Police Advanced Individual Training and Department of the Army Civilian Police Academy, Training in Standardized Field Sobriety Testing to National Highway Traffic Safety Administration (NHTSA) Standards, Continuing law enforcement training with Northwestern University obtaining (NHTSA) instructor certification for Standardized Field Sobriety Testing (SFST), and the International Association of Chiefs of Police (IACP) Advanced Roadside Impaired Driving Enforcement (A.R.I.D.E.) course. I am currently certified as an operator for the breath-testing instrument in the State of Washington. Through my past training and experience I

AFFIDAVIT OF TIMOTHY JOHNSON - 1
BLOOD WARRANT FOR Gabrielle Elizabeth Finn

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

have learned to recognize signs of alcohol and/or drug impairment in persons and to determine whether or not a person's ability to operate a motor vehicle safely is impaired. I am also aware from my training and experience that most drugs once ingested including alcohol, will be detectable in a person's blood. I am also trained to recognize the signs and evidence of an alcohol and / or drug related collision. I have received training in collision investigation while attending the 3 week Traffic Management Collision Investigation (T.M.C.I) course.

The information presented in this affidavit is:

> ☒ Based on my personal observations and interviews that I have conducted.

### INTRODUCTION AND PURPOSE OF THE AFFIDAVIT

3. The purpose of this affidavit is to seek a search warrant to authorize me or other law enforcement officers to direct a physician, a registered nurse, a licensed practical nurse, a nursing assistant as defined in Chapter 18.88A of the Revised Code of Washington (RCW), a physician assistant as defined in chapter 18.71A of the RCW, a first responder as defined in chapter 18.73 of the RCW, an emergency medical technician as defined in chapter 18.73 of the RCW, a health care assistant as defined in chapter 18.135 of the RCW, or any technician trained in withdrawing blood to extract a blood sample consisting of one or more tubes or vials from Gabrielle Elizabeth Finn (hereafter "the Subject"). This warrant is requested for the purpose of gathering evidence of the following crime(s):

> ☒ Driving While Under the Influence in violation of RCW 46.61.502, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
>
> ☐ Physical Control of a Vehicle While Under the Influence of Alcohol or Drugs in violation of RCW 46.61.504, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218
>
> ☐ Driver under Twenty-One Consuming Alcohol or Marijuana in violation of RCW 46.61.503 and 18 U.S.C. § 13
>
> ☐ Vehicular Homicide in violation of RCW 46.61.520 and 18 U.S.C. § 13
>
> ☐ Vehicular Assault in violation of RCW 46.61.524 and 18 U.S.C. § 13

AFFIDAVIT OF TIMOTHY JOHNSON - 2
BLOCK WARRANT FOR Gabrielle Elizabeth Finn

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. I am seeking to present this application for a search warrant by electronic means because the natural metabolization of alcohol or drugs in the bloodstream may result in the loss of this evidence in the time it would take to present a search warrant application in a more traditional fashion.

## SUMMARY OF PROBABLE CAUSE

5. As a result of my duties I am familiar with the jurisdictional boundaries of Joint Base Lewis-McChord, Washington. The incident described below occurred within these jurisdictional boundaries, an area within the special maritime and territorial jurisdiction of the United States as defined in 18 U.S.C. § 7.

6. The initial contact with Ms. FINN occurred on September 6, 2020, at approximately 2228 Hours at Joint Base Lewis-McChord, Washington.

7. The facts supporting the initial contact with Ms. FINN, are as follows: The Joint Base Emergency Communications Center (JBECC) dispatched JBLM Police to a report of a suspected impaired driver following a collision which occurred in a dirt parking lot adjacent to 41st Division Drive and 32nd Division Drive, JBLM, WA 98433. The reporting party, confidential witness (CW), reported witnessing Ms. FINN operating a 2019 Jeep Compass, WA/BTN4967 in a dirt parking lot adjacent to 41st Division Drive. CW reported seeing Ms. Finn drive her vehicle in circles multiple times in the dirt parking lot, and then collide with a 2014 Dodge Ram 1500, WA/C25134U. I made contact with Ms. FINN, who was standing outside of her vehicle. Ms. FINN's eyes were watery and bloodshot, and her face and cheeks were red. There was a medium odor of an alcoholic beverage emanating from her person. Ms. FINN told me that she was driving her car in circles in the parking lot when she collided with another vehicle. When being questioned about the collision, Ms. FINN was slurring her words and was swaying from front to back and side to side approximately 4 inches in each direction. I asked Ms. FINN if she would be willing to submit to a series of Standardized Field Sobriety Tests to help determine if she was safe to drive, which she refused. Ms. FINN was asked if she

AFFIDAVIT OF TIMOTHY JOHNSON - 3
BLOOD WARRANT FOR Gabrielle Elizabeth Finn

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

would be willing to submit to a voluntary Preliminary Breath Test, which she also refused. At 2230 Hours, Ms. FINN was placed under arrest for Suspicion of Driving Under the Influence and was advised of her legal rights, which she acknowledged understanding and elected to invoke her rights. Ms. FINN was transported to the JBLM Police McChord Field substation for further processing. While being advised of her legal rights using the Washington State DUI Arrest Report, Ms. FINN requested to speak to an attorney. At 2321 Hours, Ms. FINN was given the opportunity to speak privately with Federal Public Defender Corey Endo. After speaking to her attorney, Ms. FINN was read the Implied Consent which she acknowledged understanding, however refused to submit to evidentiary breath testing. At 2343 Hours, Ms. FINN was listed as a Refusal using the ALCOTEST 9510 SN: AREH-0029 Evidentiary Breath Test Instrument.

8. Based on my training and experience, I believe Ms. FINN may be under the influence of intoxicating liquor, marijuana, or any drug and/or is affected by intoxicating liquor, marijuana, or any drug are as follows: Eye witness reports identifying Ms. FINN operating her vehicle in a reckless manner in a full dirt parking lot which resulted in her colliding with a parked and unoccupied vehicle. Upon contact with Ms. FINN, I detected a medium odor of an alcoholic beverage emanating from her person, watery and bloodshot eyes, red face and cheeks, and slurring of speech. During my contact with Ms. FINN, she was swaying from front to back and side to side approximately 4 inches in each direction. While at the JBLM Police McChord Field substation, Ms. FINN requested to use the restroom. While being escorted, unrestrained, by myself and a female 627th Security Force Squadron personnel, Ms. Finn tripped while walking up the stairs despite being instructed to watch her step.

9. The Subject:

- ☒ Has refused to take a breath Alcohol test on an instrument approved by the State Toxicologist or a federal agency for such breath testing.
- ☐ Is being treated in a hospital, clinic, doctor's office, emergency medical vehicle, ambulance, or other similar facility, or is at a location that lacks an instrument approved by the State Toxicologist or a federal agency for

AFFIDAVIT OF TIMOTHY JOHNSON - 4
BLOOD WARRANT FOR Gabrielle Elizabeth Finn

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

performing such breath testing, and has refused to submit to a blood test.

☐ Is incapable due to physical injury, physical incapacity, or other physical limitation of submitting to a breath alcohol test, and the defendant has refused to submit to a blood test.

☒ Has refused to submit to a blood test at the request of the undersigned.

☐ Was not offered an opportunity to take a breath alcohol test on an instrument approved by the State Toxicologist or a federal agency for such breath testing because:

  ☐ The available instrument is currently out of order

  ☐ The individual does not speak English and the implied consent warnings are not available in a language that the defendant understands

  ☐ _____

☐ Submitted to a breath test on an instrument approved by the State Toxicologist or a federal agency for such breath testing but the breath alcohol concentration reading of __ is not consistent with the defendant's level of impairment suggesting that the defendant is under the influence of a drug.

10. A sample of blood extracted from the Subject if taken within a reasonable period of time after he/she last operated, or was in physical control of, a motor vehicle, may be tested to determine his/her current blood alcohol level and to detect the presence of any drugs that may have impaired his/her ability to drive. This search warrant is being requested within 2 hours and 45 minutes after the Subject ceased driving or was found in in physical control of a motor vehicle.

## CONCLUSION

11. For the reasons stated above, I request authority to direct a physician, a registered nurse, a licensed practical nurse, a nursing assistant as defined in chapter 18.88A of the RCW, a physician assistant as defined in chapter 18.71A of the RCW, a first responder as defined in chapter 18.73 of the RCW, an emergency medical technician as defined in chapter 18.73 of the RCW, a health care assistant as defined in

AFFIDAVIT OF TIMOTHY JOHNSON - 5
BLOOD WARRANT FOR Gabrielle Elizabeth Finn

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

chapter 18.135 of the RCW, or a technician trained in withdrawing blood to extract a blood sample consisting of one or more tubes or vials from Gabrielle Elizabeth Finn.

12. This application for a warrant is being presented electronically pursuant to Fed. R. Crim P. 4.1 & 41(d)(3).

I certify (or declare) under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this 7th day of September, 2020.

_____
Timothy Johnson, Affiant
Sergeant, Joint Base Lewis-McChord

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit on 7th day of September, 2020.

_____
THE HON. MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT OF TIMOTHY JOHNSON - 6

BLOOD WARRANT FOR Gabrielle Elizabeth Finn

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970